UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| MICHIGAN DEPARTMENT OF COMMUNITY HEALTH, | Case No. 1:09-cv-758 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | |
| WOODCARE X, INC., a Michigan corporation d/b/a Caretel Inns of Linden, | |
| and | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES - CENTERS FOR MEDICARE AND MEDICAID SERVICES, | |
| Defendants. | |

---

## JUDGMENT

**Judgment is entered in favor of the defendants and against the plaintiff**.

The complaint is dismissed for lack of subject-matter jurisdiction.

**IT IS SO ORDERED** this  22nd  day of January 2010.

                                                           /s/ Paul L. Maloney
                                                         Honorable Paul L. Maloney
                                                         Chief United States District Judge